# Third District Court of Appeal

## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1798
Lower Tribunal No. 23-52708 CC

_____

**Luigi Cuomo,**
Appellant/Cross-Appellee,

vs.

**Maria A. Garay,**
Appellee/Cross-Appellant.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Jay M. Levy, P.A., and Jay M. Levy, for appellant/cross-appellee.

Vazquez & Associates and Steven B. Herzberg, for appellee/cross-appellant.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.